UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:05-CR-00011-F-1
7:15-CV-264-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TERRY JERMAINE LOCKEE | ) | |

*This matter comes before the court by Petitioner's Motion to Hold Case in Abeyance* filed with this court on February 22, 2016. For good cause shown, it is hereby ORDERED that the case be held in abeyance pending the decision by the United States Supreme Court in *Welch v. United States (15-6418)*.

IT IS SO ORDERED.

This the 24 day of February, 2016.

_____
Senior United States District Judge James C. Fox