IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:05-CR-11-F-1
No. 7:15-CV-264-F

| | |
|---|---|
| TERRY JERMAINE LOCKEE, | ) |
| Petitioner, | ) |
| v. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

For good cause having been shown upon the motion of the Respondent for supplemental briefing, it is hereby

ORDERED that the Respondent have up to and including July 20, 2016, in which to file supplemental briefing, and for Petitioner to have up to August 10, 2016, to file a supplemental response.

This 22 day of June, 2016.

*/s/ James C. Fox*
JAMES C. FOX
Senior United States District Judge